IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANN WARMAN, et al.            )
                              )
v.                            ) NO. 3-13-1443
                              ) JUDGE CAMPBELL
U DRIVE, LLC, et al.          )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 43), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved in part and rejected in part.

Defendant Digital Federal Credit Union ("DCU")'s Motion to Dismiss (Docket No. 18) is GRANTED on the issue of standing, and the claims of Plaintiffs Randy Warman and J. Varnie Barker against DCU are DISMISSED.

Defendant DCU's Motion to Dismiss in all other respects is DENIED. The Court finds that Plaintiff has adequately pled her other claims. This case is referred back to the Magistrate Judge in accordance with the Court's prior Order (Docket No. 4).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE